# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 58 MM 2015
:
                    Respondent :
                              :
                              :
                              :
              v.              :
                              :
                              :
JOEL GAMBLE,                  :
                              :
                    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.